Opinion issued April 18, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-00-001329-CV

____________


CHERYL WEATHERLY BINNIE, TAKE STOCK, INC., AND KENNETH G.
LUPO, Appellants


V.


LOS TIOS MEXICAN RESTAURANTS, INC. AND LOS TIOS FOODS, INC.,
Appellees


****


LOS TIOS MEXICAN RESTAURANTS, INC., Appellant


V.


CHERYL WEATHERLY BINNIE, TAKE STOCK, INC., AND KENNETH G.
LUPO, Appellees






On Appeal from the 151st District Court

Harris County, Texas

Trial Court Cause No. 98-45562






O P I N I O N

 On February 28, 2002, the Court issued an order stating that unless, within 30
days of the date of the order, appellants filed (1) a reasonable explanation for failure
to timely file their briefs, and (2) their briefs, the Court would dismiss the appeal for
want of prosecution. See Tex. R. App. P. 38.8(a)(1), 42.3(b). No appellant to this
appeal has filed a brief. No appellant to this appeal has filed a response to this
Court's order of February 28, 2002.

 Accordingly, the appeal is dismissed for want of prosecution.

PER CURIAM

Panel consists of Justices Cohen, Taft, and Nuchia.

Do not publish. Tex. R. App. P. 47.